Kristopher P. Diulio (SBN 229399)
kdiulio@FordDiulio.com
Sharon A. Ramirez (SBN 322696)
sramirez@FordDiulio.com
**FORD & DIULIO PC**
650 Town Center Drive, Suite 760
Costa Mesa, California 92626
Telephone: (714) 450-6830
Facsimile: (844) 437-7201

Attorneys for Plaintiff
FOOD TECHNOLOGY AND DESIGN, LLC, dba FOODPHARMA, LLC

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOOD TECHNOLOGY AND DESIGN, LLC, dba FOODPHARMA, LLC, a California entity,<br><br>Plaintiff,<br><br>v.<br><br>ANA BORCEGUIN, MAXIMINA TAPIA, DINORA AMAYA, MAURA VILLA, CELIA CASTILLO, SALUD RODRIGUEZ; and DOES 1-25<br><br>Defendants. | Case No. 2:18-cv-02300-RGK-SK<br><br>**[~~PROPOSED~~] JUDGMENT AGAINST DEFENDANT ANA BORCEGUIN**<br><br>Judge: Hon. R. Gary Klausner<br>Magistrate: Hon. Steve Kim<br><br>Complaint Filed: March 21, 2018<br>Trial Date: No Trial Set |

| 1 | Plaintiff FOOD TECHNOLOGY AND DESIGN, LLC, dba |
|---|---|
| 2 | FOODPHARMA, LLC, ("FoodPharma") filed an Application for Entry of Default |
| 3 | Judgment Against Defendant Ana Borceguin. All parties received notice and an |
| 4 | opportunity to be heard. |

Plaintiff FOOD TECHNOLOGY AND DESIGN, LLC, dba FOODPHARMA, LLC, ("FoodPharma") filed an Application for Entry of Default Judgment Against Defendant Ana Borceguin. All parties received notice and an opportunity to be heard.

On May 20, 2019, the Clerk entered default against Defendants. On September 12, 2019, having reviewed and considered the parties' papers, the supporting evidence, and the arguments of counsel, and good cause appearing, the Court granted in part Plaintiff's Motion for Default Judgment. *See* Sept. 12, 2019 Civil Minutes [ECF Document 105]. The Court awards compensatory damages in the amount of $7,431.94 and punitive damages in the amount of $14,863.84 to be paid from Ana Borceguin to Plaintiff. *Id.*

**JUDGMENT** is entered against Defendant Ana Borceguin in the amount of $22,295.78.

No judgment is entered against Defendants Maximina Tapia, Maura Villa, Celia Castillo, and Salud Rodriguez, who are now dismissed with prejudice.

DATED: January 26, 2020

_____ *[signature: Gary Klausner]* _____
Hon. R. Gary Klausner
District Judge
United States District Court
Central District of California

- 1 -
**[PROPOSED] JUDGMENT**

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2020, I electronically filed the foregoing **[PROPOSED] JUDGMENT AGAINST DEFENDANT ANA BORCEGUIN** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

 /s/ *Sharon A. Ramirez*
Sharon A. Ramirez